■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAY SWINDON, Appellant. [964 NYS2d 55]—Appeal from a judg-

ment of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), rendered October 14, 2009. The judgment convicted defendant, upon his plea of guilty, of unlawful surveillance in the second degree, endangering the welfare of a child and criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Lindley, Valentino and Martoche, JJ.